IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0773
 ((((((((((((((((

 Gallagher Headquarters Ranch Development, Ltd., Chris Hill And Julie
 Hooper, Petitioners

 v.

 City of San Antonio and City Public Service, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The Courts abatement order issued February 12, 2010 is extended
to June 16, 2010 and this case remains ABATED to allow the parties to
proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until June
16, 2010, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 1st of June, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk